## Hyde Park Supply Company v. Peck-Williamson Heating and Ventilating Company.

## Call Brothers Hardware Company v. Stump, et al.

(Decided September 21, 1917.)

### Appeals from Pike Circuit Court.

Mechanics' Liens—Attachment.—Although a mechanics' lien creditor cannot secure to himself a lien superior to the liens of similar creditors by suing and taking out an attachment upon the property which is subject to the common lien of all the creditors, the lien of the attaching creditor will be superior to the claims of general creditors.

AUXIER, HARMAN & FRANCIS and J. S. CLINE for appellants.

A. F. CHILDERS, A. STUMP and E. D. STEPHENSON for appellees.

RESPONSE TO PETITION FOR REHEARING BY JUDGE MILLER—Extending opinion.

In the original opinion (176 Ky. 513) it was held that the liens of the appellants, Call Brothers Hardware Company and the Kenova Lumber & Supply Company, obtained by general attachment proceedings were inferior to the liens of those creditors who had proceeded under the statute giving a lien to mechanics and materialmen. The opinion, however, failed to state that the liens of Call Brothers Hardware Company and the Kenova Lumber & Supply Company were superior to the claims of general creditors, and those two companies have filed a petition asking that the opinion be so extended. It was so intended; and as the circuit court denied the lien of the petitioners and placed them on the footing of general creditors, their petition is granted, the judgment is reversed as to the Call Brothers Hardware Company and the Kenova Lumber & Supply Company, with instructions to the circuit court to give those companies fourth liens, of equal dignity as between themselves.